1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11   ROBERTO VIVAR-LANDEROS,   )   Case No. SACV 13-407 MWF(JC)
                               )
12           Petitioner,       )
                               )   ORDER ACCEPTING FINDINGS,
13       v.                    )   CONCLUSIONS, AND
                               )   RECOMMENDATIONS OF UNITED
14   ERIC HOLDER, et al.,      )   STATES MAGISTRATE JUDGE
                               )
15                             )
                               )
16           Respondents.      )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18   Habeas Corpus by a Person in Federal Custody and accompanying documents (the

19   "Petition"), respondent's Motion to Dismiss the Petition and the documents

20   submitted in support of, and in opposition thereto, and all of the records herein,

21   including the Report and Recommendation of United States Magistrate Judge

22   ("Report and Recommendation").  The Court approves and accepts the Report and

23   Recommendation.

24          IT IS ORDERED that (1) the Motion to Dismiss is granted; (2) the Petition

25   is dismissed as moot; and (3) judgment be entered accordingly.

26   ///

27   ///

28   ///

1

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and counsel

3  for respondents.

4          DATED: June 14, 2013

5

6                                       _____

7                                       HONORABLE MICHAEL W. FITZGERALD
8                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28