UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO VIVAR-LANDEROS, | ) Case No. SACV 13-407 MWF(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ERIC HOLDER, | ) |
| Respondents. | ) |

_____

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ Habeas Corpus by a Person in Federal Custody is dismissed as moot.

DATED: June 14, 2013

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE